
RECEIVED
OCT - 3 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| Larry Leger | Civil Action 05-1043 |
| versus | Judge Tucker L. Melançon |
| Murrell Redding, et al | Magistrate Judge Methvin |

## MEMORANDUM RULING AND ORDER

Before the Court is a Motion To Dismiss Pursuant to FRCP 12(b)(4) and 12(b)(5) and Motion For More Definite Statement Pursuant to Rule 12(e) [Rec. Doc. 5]. This matter was originally filed on May 18, 2005, in the 27th Judicial District Court in the Parish of St. Landry, Louisiana and was removed to this Court on June 16, 2005. *R. 1;3.* It is undisputed that due to a clerical error, counsel for plaintiff did not attach to the Petition Exhibit A, the Buy-Sell Agreement relating to the property at issue, and therefore, did not include Exhibit A in the envelope which was mailed to the state clerk of court's office. The state court clerk processed the filing and returned a certified copy of the Petition (without Exhibit A) and the Citation to counsel for plaintiff. Counsel for plaintiff then served to defendants, through the Long-arm Statue, La. R.S. 13:3204, an exact duplicate of what was filed, the Citation and a certified copy of the Petition (without Exhibit A). The return receipt card was executed and was subsequently filed by counsel for plaintiff into the state court record, evidencing long-arm service. In the instant motion, defendants contend that the Court should dismiss plaintiff's complaint for reasons of insufficient process and insufficient service of process, or in the alternative, should order plaintiff to file a more definite statement in his complaint

Federal Rule of Civil Procedure 4(e)(1) permits service to be effected pursuant to the law of the state in which the district court is located. The Louisiana Long-Arm Statute, Revised Statute 13:3204, allows service upon a defendant by mailing a certified copy of the citation and complaint certified or registered mail. Louisiana Paragraph (A) of Section 3204 provides in part:

> A certified copy of the citation and of the petition in a suit under R.S. 13:3201 shall be sent by counsel for the plaintiff ... to the defendant by registered or certified mail, or actually delivered to the defendant by an individual designated by the Court in which the suit is filed[.]

While defendants do not dispute that the Long-Arm requirements were met, they maintain that service was improper because Exhibit A was not attached. Louisiana law does not require certified copies of the exhibits to be served upon the defendant. *Maryland Casually Company*, 111 So.2d at 528-529 (Article 178 of the Code of Practice sets out that all that is necessary to be served is a true copy of the petition and a copy of the citation). Moreover, based on the undisputed facts of this case, defendant clearly had actual notice of the pending litigation against him. *Jurado v. Brashear*, 764 S.2d 1066, 77 (La. App. 1st Cir. 2000)(long-arm service is not defective when defendant had actual and sufficient notice of the petition). It is clear that service of process made on defendants was proper pursuant to the Federal Rules of Civil Procedure and the applicable law. Accordingly, defendants' motion to dismiss for improper process and service pursuant to 12(b)(4) and 12(b)(5) will be denied.

As to defendants' contention that the Court should require plaintiff to file a more definite statement with regard to the missing exhibit, defendants are to file a supplemental complaint for damages with the Clerk of this Court, adding the exhibit

which was inadvertently omitted from the original Petition and is serve same to defendants in accordance with the Federal Rules of Civil Procedure. Accordingly,

IT IS ORDERED that defendants' Motion To Dismiss Pursuant to FRCP 12(b)(4) and 12(b)(5) and Motion For More Definite Statement Pursuant to Rule 12(e) [Rec. Doc. 5] is DENIED IN PART AND GRANTED IN PART in accordance with this Memorandum Ruling.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 3rd day of October, 2005.

Tucker L. Melançon
United States District Judge

COPY SENT
DATE 10.3.05
BY  TMS
TO  TLM
    PJ